IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                      Plaintiff,

    v.

COREY THOMAS,

                      Defendant.

ORDER

08-cr-87-bbc
12-cv-269-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On April 11, 2012, defendant filed a motion for post conviction relief under 28 U.S.C. § 2255, alleging that his counsel was ineffective. The court set a briefing schedule in which the government filed a response brief and defendant filed a reply. After reviewing the parties' submissions, I denied the motion in an order dated February 14, 2013. Defendant filed a timely appeal and the court of appeals affirmed the denial of the motion on September 26, 2013.

      On February 11, 2014, defendant filed a motion for relief from judgment under Fed. R. Civ. P. 60(b), claiming that the court made a mistake in deciding his § 2255 motion. On the same day, I denied the motion because it was a successive attack on his conviction and

1

defendant had not obtained proper certification from the court of appeals as is required under 28 U.S.C. § 2255.

Now defendant has filed a motion for reconsideration of the court's February 11, 2014 order. Nothing in defendant's motion persuades me that it was error to deny his § 2255 motion or his Rule 60(b) motion.

ORDER

IT IS ORDERED that defendant Corey Thomas' motion for reconsideration of the court's February 11, 2014 order is DENIED.

Entered this 25th day of February, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2