IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                ORDER

        Plaintiff,

                              08-cr-87-bbc
                              12-cv-269-bbc

    v.

COREY THOMAS,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On April 11, 2012, defendant filed a motion for post conviction relief under 28 U.S.C. § 2255, alleging that his counsel was ineffective. The court set a briefing schedule in which the government filed a response brief and defendant filed a reply. After reviewing the parties' submissions, I denied the motion in an order dated February 14, 2013. Defendant filed a timely appeal and the court of appeals affirmed the denial of the motion on September 26, 2013.

      On February 11, 2014, defendant filed a motion for relief from judgment under Fed. R. Civ. P. 60(b), claiming that the court made a mistake in deciding his § 2255 motion. On the same day, I denied the motion because it was a successive attack on his conviction and

1

defendant had not obtained proper certification from the court of appeals as is required under 28 U.S.C. § 2255.

Now defendant has filed a motion for reconsideration of the court's February 11, 2014 order. Nothing in defendant's motion persuades me that it was error to deny his § 2255 motion or his Rule 60(b) motion.

## ORDER

IT IS ORDERED that defendant Corey Thomas' motion for reconsideration of the court's February 11, 2014 order is DENIED.

Entered this 25th day of February, 2014.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge

2