The District Court stated: that nothing in my 60(B) motion persuades them, that it was a erork in the Judgment of my 2255.

12-cv-269

I wasn't trying to persuades the Court, I gave the Court material Factual of law, upheld by The Supreme Court, And the Appeal Court for the Seventh Circuit, which this Court Reside in! All Three Question I Asked the Court to look over was presented with Factual basic of law And the Controlling Cases in this District And the Supreme Court. I'm not trying to persuades the Court, I'm showing the Court the Erork, Showing the Court the Controlling Case, So the Court Can Correct the Erork, And in doing so, make Sure I Recieve my due process which I'm guarantee By the Constitution which this Court took a oath to uphold!

* Defendant Thomas Ask For A Bill of Particulars on his 60(b) motion.

* And Notice of Appeal to Courts of Appeal For the Seventh Circuit For His 60(b) motion.

* Request to proceed in Forma of pauperis.

Corey Thomas
Corey Thomas
3/3/14

DOC NO
REC'D/FILED
2014 MAR 10  AM 9:06
PETER OPPENEER
CLERK US DIST COURT
WD OF WI